**Fill in this information to identify the case:**

Debtor Name: **Miller's Landing at the Lake, Inc.**

United States Bankruptcy Court for the: **Central District of California**

Case number: **6:25-bk-18091**

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: **11/10 to 11/30**    Date report filed: **1/19/2026**
MM / DD / YYYY

Line of business: **Wedding Venue**    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Terri Miller

Original signature of responsible party    /s/ Terri Miller

Printed name of responsible party    Terri Miller

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ✓ | | |
| 2. | Do you plan to continue to operate the business next month? | ✓ | | |
| 3. | Have you paid all of your bills on time? | ✓ | | |
| 4. | Did you pay your employees on time? | ✓ | | |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✓ | | |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ✓ | | |
| 7. | Have you timely filed all other required government filings? | ✓ | | |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | | | ✓ |
| 9. | Have you timely paid all of your insurance premiums? | ✓ | | |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | | ✓ | |
| 11. | Have you sold any assets other than inventory? | | ✓ | |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | ✓ | |
| 13. | Did any insurance company cancel your policy? | | ✓ | |
| 14. | Did you have any unusual or significant unanticipated expenses? | | ✓ | |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | | ✓ | |
| 16. | Has anyone made an investment in your business? | | ✓ | |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Miller's Landing at the Lake, Inc.                    Case number 6:25-bk-18091

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ✓ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ✓ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 3,397.61

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**    $ 15,428.16

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

21. **Total cash disbursements**    − $ 14,019.32

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

22. **Net cash flow**    + $ 1,408.84

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**    = $ 4,806.45

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0

    (Exhibit E)

Debtor Name **Miller's Landing at the Lake, Inc.**    Case number **6:25-bk-18091**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    3
27. What is the number of employees as of the date of this monthly report?    3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0
30. How much have you paid this month in other professional fees?    $ 0
31. How much have you paid in total other professional fees since filing the case?    $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected | *Column B* Actual | *Column C* Difference |
|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ | − $ 15,428.16 | = $ |
| 33. **Cash disbursements** | $ | − $ 14,019.32 | = $ |
| 34. **Net cash flow** | $ | − $ 4,806.45 | = $ |

35. Total projected cash receipts for the next month:    $ 71,670.00,
36. Total projected cash disbursements for the next month:    − $ 53,304.00,
37. Total projected net cash flow for the next month:    = $ 18,366.00

Debtor Name **Miller's Landing at the Lake, Inc.**　　　Case number **6:25-bk-18091**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit C

| Category | Acct | | Date | Description | Amount |
|---|---|---|---|---|---|
| BayFirst | 5204 | | 18-Nov | deposit to cover Car payment | $ 924.61 |
| | | | | **Total Bayfirst** | **$ 924.61** |
| Banc of CA | Acct | | | | |
| | 1140 | | 13-Nov | Opening Dep. From 8139 | $ 12,500.00 |
| | 1140 | | 18-Nov | Dep from Personal acct from customer | $ 2,000.22 |
| | 1140 | | 24-Nov | Test dep. For square/inv system | $ 3.33 |
| | | | | **Total Banc of CA** | **$ 14,503.55** |
| | | | | | $ 924.61 |
| | | | | | $ 14,503.55 |
| | | | | **Total Deposits** | **$ 15,428.16** |

Category: Car

## Exhibit D

| Exhibit D | BayFirst | Acct | | | |
|---|---|---|---|---|---|
| Materials | | 5204 | 10-Nov | Lake Arrowhead Rental | $ 167.21 |
| | | 5204 | 10-Nov | Experian | $ 24.99 |
| | | 5204 | 10-Nov | Experian | $ 24.99 |
| Marketing | | 5204 | 12-Nov | Facebook advertisin | $ 87.00 |
| Office | | 5204 | 12-Nov | FormSwift | $ 37.00 |
| Office | | 5204 | 12-Nov | Uplift | $ 41.47 |
| Office | | 5204 | 13-Nov | Quickbooks | $ 133.00 |
| | | 5204 | 14-Nov | Transfer to 8139 to open DIP | $ 1,000.00 |
| | | 5204 | 14-Nov | Transfer to 8139 to open DIP | $ 1,000.00 |
| | | 5204 | 17-Nov | transfer to pay linens | $ 780.00 |
| | | 5204 | 17-Nov | Facebook advertisin | $ 93.00 |
| Car | | 5204 | 18-Nov | Wire Fee | $ 15.00 |
| Car | | 5204 | 18-Nov | Logix | $ 924.61 |
| | | | | Total BayFirst | $ 4,328.27 |

## Exhibit D cont.

| | Banc of CA | Acct | | | |
|---|---|---|---|---|---|
| | | 1140 | 13-Nov | Wire Transfer fee | $ 12.00 |
| Catering | | 1140 | 17-Nov | Paid for Catering | $ 5,129.25 |
| Chg for wire | | 1140 | 18-Nov | Wellsfargo chg | $ 0.22 |
| hazard ins. | | 1140 | 18-Nov | Cal. Fair Plan | $ 237.57 |
| hazard ins. | | 1140 | 18-Nov | Cal. Fair Plan | $ 431.23 |
| Coordinator | | 1140 | 18-Nov | Taijz Rocque | $ 1,500.00 |
| Marketing | | 1140 | 19-Nov | Instagram marketing | $ 23.32 |
| Utilities | | 1140 | 19-Nov | Trash | $ 369.15 |
| Insurance | | 1140 | 19-Nov | Columbia Pacific | $ 465.91 |

| | | | | |
|---|---|---|---|---|
| Materials | 1140 | 24-Nov | Costco | $ 77.55 |
| Marketing | 1140 | 24-Nov | Instagram marketing | $ 123.98 |
| Marketing | 1140 | 24-Nov | Knot worldwide | $ 337.99 |
| Marketing | 1140 | 24-Nov | test for deposit | $ 0.01 |
| Utilities | 1140 | 24-Nov | Spectrum | $ 187.31 |
| Utilities | 1140 | 24-Nov | Phone | $ 518.87 |
| insurance | 1140 | 25-Nov | Principal capital | $ 183.74 |
| Marketing | 1140 | 26-Nov | Instagram marketing | $ 99.00 |
| | | | Total Banc of Ca | $ 9,697.10 |
| | | | | |
| Exhibit D Total | | | $ 4,328.27 | |
| | | | $ 9,697.10 | |
| | | | $ 14,025.37 | |



# Deposit Account Reporting

# Deposit Accounts Activity Summary

| Report Created: | 01/03/2026 09:48:04 PM (ET) |
|---|---|
| Account: | All Accounts |
| Date Range: | 11/10/2025 to 11/30/2025 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |
| Total By Day: | Includes total by day within the selected date range |

Miller's Landing At The Lake, Inc. - Checking - 200 - *1140 - Available $21,626.44

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Ending Balance |
|---|---|---|---|---|---|---|
| 11/26/2025 | 8770920000 | | ATM DEBIT MERCHANT PURCHASE TERMINAL 12302025 FACEBK *P5JFZ5HZ62 MENLO PAR CAXXXXX XXXXXXX7088 | $99.00 | | $4,806.45 |
| 11/26/2025 | Total Calculated Debits (1 item) | | | $99.00 | | |
| 11/25/2025 | PRINCIPAL-CCAPNL PR | | PREAUTHORIZED ACH DEBIT PRINCIPAL-CCAPNL PRIN FI NAN 251125 4315313004000 8243153130 0400082 | $183.74 | | $4,905.45 |
| 11/25/2025 | Total Calculated Debits (1 item) | | | $183.74 | | |
| 11/24/2025 | LOGIX FCU LO | | PREAUTHORIZED ACH DEBIT LOGIX FCU LOGIX 25112100 0000449577400 | $0.00 | | $5,089.19 |
| 11/24/2025 | ACHMA VISB BI | | PREAUTHORIZED ACH DEBIT ACHMA VISB BILL PYMNT 2511246940429 | $518.87 | | |
| 11/24/2025 | SPECTRUM SP | | PREAUTHORIZED ACH DEBIT SPECTRUM SPECTRUM 2511246723336 | $187.31 | | |

| Date | Description | | Details | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 11/24/2025 | Square Inc AC | | PREAUTHORIZED ACH DEBIT<br>Square Inc ACCTVERIFY 251 124 T3V3Y4Y23BBH3QGT3V 3Y4Y2 3BBH3QG | $0.01 | | |
| 11/24/2025 | 4617370000 | | ATM DEBIT<br>MERCHANT PURCHASE TERMINAL 82305095 THE KNOT WORLDWIDE CHEVY CHA MDXXXXX XXXXXXX7088 | $337.99 | | |
| 11/24/2025 | 6690920000 | | ATM DEBIT<br>MERCHANT PURCHASE TERMINAL 55432865 DLX FOR SMALLBUSINESS MINNEAPOL MNXXXXX XXXXXXX7088 | $123.98 | | |
| 11/24/2025 | 8211410000 | | MISCELLANEOUS DEBIT<br>POS PURCHASE TERMINAL 99171514 COSTCO WHSE #17 HIGHLAND CAXXXXX XXXXXXX7096 | $77.55 | | |
| 11/24/2025 | Total Calculated Debits (7 items) | | | $1,245.71 | | |
| 11/24/2025 | Miller's Landing Ke | | PREAUTHORIZED ACH CREDIT<br>Miller's Landing Kellan + M 25 1124 ST-R9X2J8R2F1T7ST-R 9X2J 8R2F1T7 | | $1.69 | |
| 11/24/2025 | Square Inc SQ | | PREAUTHORIZED ACH CREDIT<br>Square Inc SQ251124 251124 T38Q680QCMJBJSYT38Q68 0Q CMJBJSY | | $1.63 | |
| 11/24/2025 | Square Inc AC | | PREAUTHORIZED ACH CREDIT<br>Square Inc ACCTVERIFY 251 124 T3N7MZV8AJ2A4K0T3N 7MZV8 AJ2A4K0 | | $0.01 | |
| 11/24/2025 | Total Calculated Credits (3 items) | | | | $3.33 | |
| 11/19/2025 | Columbia Pacific Co | | PREAUTHORIZED ACH DEBIT<br>Columbia Pacific Columbia P 251119 1038-10610191038-10 6101 9 | $465.91 | | $6,331.57 |
| 11/19/2025 | 795670000 | | ATM DEBIT<br>MERCHANT PURCHASE TERMINAL 55436875 BURRTEC MOUNTAIN CRESTLINE CAXXXXX XXXXXXX7096 | $369.15 | | |
| 11/19/2025 | 3316710000 | | ATM DEBIT<br>MERCHANT PURCHASE TERMINAL 57540245 FACEBK *7ECSS7DZ62 650543480 CAXXXXX XXXXXXX7088 | $23.32 | | |
| 11/19/2025 | Total Calculated Debits (3 items) | | | $858.38 | | |

| Date | Ref | | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 11/18/2025 | 52513743 | | CHECK PAID | $1,500.00 | | $7,189.95 |
| 11/18/2025 | California FAIR de | | PREAUTHORIZED ACH DEBIT<br>California FAIR debitpmt 251118#533275498 | $431.23 | | |
| 11/18/2025 | California FAIR de | | PREAUTHORIZED ACH DEBIT<br>California FAIR debitpmt 251118#533275268 | $237.57 | | |
| 11/18/2025 | WELLS FARGO IFI AC | | PREAUTHORIZED ACH DEBIT<br>WELLS FARGO IFI ACCTVERIFY 251118TD0VQ3BBR7 | $0.22 | | |
| 11/18/2025 | Total Calculated Debits (4 items) | | | $2,169.02 | | |
| 11/18/2025 | 52552124 | | DEPOSIT | | $2,000.00 | |
| 11/18/2025 | WELLS FARGO IFI AC | | PREAUTHORIZED ACH CREDIT<br>WELLS FARGO IFI ACCTVERIFY 251118TD0VQ3BBWL | | $0.19 | |
| 11/18/2025 | WELLS FARGO IFI AC | | PREAUTHORIZED ACH CREDIT<br>WELLS FARGO IFI ACCTVERIFY 251118TD0VQ3BBR7 | | $0.03 | |
| 11/18/2025 | Total Calculated Credits (3 items) | | | | $2,000.22 | |
| 11/17/2025 | 52554939 | | CHECK PAID | $5,129.25 | | $7,358.75 |
| 11/17/2025 | Total Calculated Debits (1 item) | | | $5,129.25 | | |
| 11/13/2025 | | | MISCELLANEOUS DEBIT INCOMING WIRE FEE | $12.00 | | $12,488.00 |
| 11/13/2025 | Total Calculated Debits (1 item) | | | $12.00 | | |
| 11/13/2025 | 202531700020100 | | INCOMING WIRE<br>INCOMING WIRE 1113I1B7032R011362ORG TERRI MILLER;REF | | $12,500.00 | |
| 11/13/2025 | Total Calculated Credits (1 item) | | | | $12,500.00 | |
| 11/30/2025 | Totals | | | $9,697.10 | $14,503.55 | |

Showing 1 - 1 of 1

**BAYFIRST NATIONAL BANK**
700 CENTRAL AVE
ST. PETERSBURG, FL 33701
833-698-2265
Temporary Statement



MILLERS LANDING AT THE LAKE INC
PO Box 528
Lake Arrowhead CA 92352

Account Number: XXXXXX5204

Date Range: 11/3/2025-11/20/2025

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 11/03/2025 | 2125333294 | RDC - Deposit Anywhere | $300.00 | $4,587.68 |
| 11/03/2025 | | POS Pre-Authorized Debit - DDA DBT CRD 1617 11/01/25 66793337 LAKE ARROWHEAD RENTALS RIMFOREST  CA | ($64.59) | $4,523.09 |
| 11/03/2025 | 1496 | Check (Regular Inclearings) | ($1,500.00) | $3,023.09 |
| 11/04/2025 | 2126443658 | RDC - Deposit Anywhere | $2,300.00 | $5,323.09 |
| 11/04/2025 | | ACH Debit TENETFINGP DNJ ENTERPRISES CCD M81287459785 | ($145.00) | $5,178.09 |
| 11/04/2025 | | POS Debit - DDA POS DEB 0450 11/04/25 00139618 FACEBK *M7AJJ45Z62 Little Falls Drive Wilmington  DE | ($81.00) | $5,097.09 |
| 11/04/2025 | | POS Recurring Debit DBT CRD 1554 11/03/25 88431465 HATCHPESTSOLUTIONS.COM HATCHPESTSOLU CA | ($203.50) | $4,893.59 |
| 11/05/2025 | 2127327522 | RDC - Deposit Anywhere | $5,000.00 | $9,893.59 |
| 11/05/2025 | | POS Recurring Debit DBT CRD 1452 11/04/25 51777015 ARROW HEAD SELF STORAG 909-3377807  CA | ($252.00) | $9,641.59 |
| 11/06/2025 | | ACH Debit TAX     INTUIT 01173705 CCD 15045356 | ($1,008.75) | $8,632.84 |
| 11/06/2025 | | ACH Debit | ($2,303.55) | $6,329.29 |

November 20, 2025

Page: 1

| | | | |
|---|---|---|---|
| | PAYROLL   INTUIT 74095524<br>CCD<br>15045356 | | |
| 11/06/2025 | POS Debit - DDA<br>POS DEB 1210 11/05/25 24196100<br>SMART AND FINAL 733<br>1023 N. MT. VERNON<br>COLTON    CA | ($19.99) | $6,309.30 |
| 11/06/2025 | POS Debit - DDA<br>POS DEB 1229 11/05/25 51001158<br>THE HOME DEPOT #1013 -s58<br>1151 WEST LUGONIA<br>REDLANDS    CA | ($32.59) | $6,276.71 |
| 11/06/2025 | POS Pre-Authorized Debit - DDA<br>DBT CRD 0813 11/05/25 11985139<br>FACEBK *KELLC6MZ62<br>650-5434800   CA | ($13.56) | $6,263.15 |
| 11/06/2025 | POS Pre-Authorized Debit - DDA<br>DBT CRD 1415 11/05/25 29357969<br>VENMO *Shawna Gray<br>Visa Direct   NY | ($2,000.00) | $4,263.15 |
| 11/06/2025 | POS Recurring Debit<br>DBT CRD 0312 11/05/25 31390857<br>EVERBRIDAL<br>713-9920350   TX | ($750.00) | $3,513.15 |
| 11/07/2025 | ACH Debit<br>AFFIRM PAY AFFIRM INC<br>WEB | ($115.54) | $3,397.61 |
| 11/10/2025 | POS Pre-Authorized Debit - DDA<br>DBT CRD 1438 11/08/25 42880201<br>LAKE ARROWHEAD RENTALS<br>RIMFOREST   CA | ($167.21) | $3,230.40 |
| 11/10/2025 | POS Recurring Debit<br>POS DEB 0525 11/10/25 00059356<br>EXPERIAN PRIME<br>EXPERIAN* CREDIT R<br>COSTA MESA   CA | ($24.99) | $3,205.41 |
| 11/10/2025 | POS Recurring Debit<br>POS DEB 0527 11/10/25 00064356<br>EXPERIAN PRIME<br>EXPERIAN* CREDIT R<br>COSTA MESA   CA | ($24.99) | $3,180.42 |
| 11/12/2025 | POS Debit - DDA<br>POS DEB 2054 11/10/25 00076504<br>FACEBK *TNSNZ49Z62<br>Little Falls Drive<br>Wilmington   DE | ($87.00) | $3,093.42 |
| 11/12/2025 | POS Pre-Authorized Debit - DDA | ($37.00) | $3,056.42 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/12/2025 | DBT CRD 1528 11/11/25 73377489 FORMSWIFT.COM/CHARGE 888-311-2977 CA POS Pre-Authorized Debit - DDA | ($41.47) | $3,014.95 |
| 11/13/2025 | DBT CRD 0616 11/10/25 41825695 UPLIFT, INC. UPGRADE.COM/F CA ACH Debit QBooks Pay INTUIT * CCD 3454295 | ($133.00) | $2,881.95 |
| 11/14/2025 | ACH Debit ACH Debit ZEL* Terri Miller J0L0HXMY1UOR | ($1,000.00) | $1,881.95 |
| 11/14/2025 | ACH Debit ACH Debit ZEL* Terri Miller J0L0HXMZ8TDV | ($1,000.00) | $881.95 |
| 11/17/2025 | ACH Debit ACH Debit ZEL* Terri Miller J0L0I318NTLT | ($780.00) | $101.95 |
| 11/17/2025 | POS Debit - DDA POS DEB 1052 11/17/25 00012134 FACEBK *49H2P55Z62 Little Falls Drive Wilmington DE | ($93.00) | $8.95 |
| 11/18/2025 | Wire Transfer Credit Wire Transfer Credit Millers Landing at the Lake in c NOTPROVIDED NOTPROVIDED US Transfer to pay logix 20251118I1B7032R007375 20251118MMQFMPUT00000711181204 FT01 | $924.61 | $933.56 |
| 11/18/2025 | Wire Transfer Fee | ($15.00) | $918.56 |
| 11/18/2025 | ACH Debit LOGIX    LOGIX FCU PPD | ($918.56) | $0.00 |

November 20, 2025                                                                                                Page: 3